Order entered December 19, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-11-01119-CV

 Imagine Automotive Group, INC., et al., Appellants

 V.

 Boardwalk Motor Cars, LTD. d/b/a boardwalk
 porsche (formerly the porsche store), et al., Appellees

 On Appeal from the 296th Judicial District Court
 Collin County, Texas
 Trial Court Cause No. 296-982-07

 ORDER

 The Court has before it appellants' December 17, 2012 unopposed motion
for extension. The Court GRANTS the motion and ORDERS that any reply be
filed by December 31, 2012.

 /s/ MOLLY FRANCIS
 JUSTICE